1 | The Honorable Jamal N. Whitehead

2

3

4

5

6

7 UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9

| | |
|---|---|
| VAHID NOROOZI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS SCHUURMANS, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-01725-JNW <br><br> **STIPULATED MOTION TO EXTEND STAY AND ORDER** <br><br> Noted for Consideration: <br> January 5, 2026 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to extend the stay of these proceedings by a further 3 days, until January 15, 2026. The case is currently stayed until January 12, 2026, but Defendants' counsel will be out of office on previously-scheduled family travel from January 6 to 12, 2026. Plaintiff therefore kindly agreed to a short courtesy extension. The parties therefore request that the Court extend the current stay in this case until January 15, 2026.

STIPULATED MOTION TO EXTEND STAY AND ORDER
[Case No. 2:25-cv-01725-JNW] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 5th day of January, 2026.

2   Respectfully submitted,

3   CHARLES NEIL FLOYD
    United States Attorney

4

5   *s/ Sarah Louise Bishop*                          *s/ Hilary Han*
    SARAH LOUISE BISHOP, NY No. 5256359               HILARY HAN, WSBA No. 33754
6   Assistant United States Attorney                  Dobrin & Han, PC
    United States Attorney's Office                   2912 East Cherry Street
7   Western District of Washington                    Seattle, Washington 98122
    700 Stewart Street, Suite 5220                    Phone: 206-448-3440
8   Seattle, Washington 98101-1271
    Phone: 206-553-4063                               *Attorney for Plaintiffs*
9   Fax: 206-553-4067
    Email: sarah.bishop@usdoj.gov
10
    *Attorneys for Defendants*
11
    I certify that this memorandum contains 100 words,
12  in compliance with the Local Civil Rules.

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO EXTEND STAY ANDORDER
[Case No. 2:25-cv-01725-JNW] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The stay in this case is extended until January 15, 2026. The parties shall submit a status update on or before January 15, 2026.

It is so **ORDERED**.

DATED this 8th day of January, 2026

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO EXTEND STAY
AND ORDER
[Case No. 2:25-cv-01725-JNW] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970